UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 08-CV-140-JBC

ANTHONY LAWAYNE MOON                                          PETITIONER

VS:                                    **JUDGMENT**

STEVEN DEWALT, et al.                                         RESPONDENTS

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

In accordance with the memorandum opinion and order entered contemporaneously with this judgment, the court hereby **ORDERS AND ADJUDGES**:

(1)     Judgment **IS ENTERED** in favor of the named respondents, Warden Stephen Dewalt and the United States of America;

(2)     this matter **IS DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the active docket;

(3)     this judgment is **FINAL AND APPEALABLE**, and no just cause for delay exists; and

(4)     the court **CERTIFIES** that any appeal would not be taken in good faith.

Jennifer B. Coffman
_____
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY

Signed on  May 28, 2008